IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2017-C33,<br><br>Plaintiff,<br><br>v.<br><br>SHREE SAI SIDDHI QUAKERTOWN, LLC<br><br>Defendant. | CIVIL ACTION<br><br>NO. 2:20-CV-05309-CMR |

### DEFENDANT SHREE SAI SIDDHI QUAKERTOWN, LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Shree Sai Siddhi Quakertown, LLC (a private, non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

**None**.

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Date: March 23, 2021    By: */s/ Robert P. Johns III*
Francis M. Correll, Jr. Esquire (No. 51076)
Robert P. Johns III, Esquire (No. 209289)
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Email: fcorrell@klehr.com
rjohns@klehr.com
*Attorneys for Defendant, Shree Sai Siddhi Quakertown, LLC*