IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2017-C33,<br><br>     Plaintiff,<br>v.<br><br>SHREE SAI SIDDHI QUAKERTOWN, LLC<br><br>     Defendant. | CIVIL ACTION<br><br>NO. 2:20-CV-05309-CMR |

**CERTIFICATE OF SERVICE**

  I, Robert P. Johns III, Esquire, hereby certify that on the date written below I caused true copies of Defendant Shree Sai Siddhi Quakertown, LLC's Answer and Counterclaim to be served on the following via the Court's electronic filing system:

Raymond A. Quaglia
Rachel H. Broder
1735 Market Street, 51st Floor
Philadelphia, PA 19103
quaglia@ballardspahr.com
broderr@ballardspahr.com
*Attorneys for Plaintiff*

Date: March 23, 2021         */s/Robert P. Johns III*
                   Robert P. Johns III