IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>　　　　**Plaintiff,**<br>　　v.<br>**SHREE SAI SIDDHI QUAKERTOWN, LLC**<br>　　　　**Defendant.** | **CIVIL ACTION NO. 20-5309** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>　　　　**Plaintiff,**<br>　　v.<br>**SHREE SAI SIDDHI KING OF PRUSSIA, LLC**<br>　　　　**Defendant.** | **CIVIL ACTION NO. 20-5312** |
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE**<br>　　　　**Plaintiff,**<br>　　v.<br>**SHREE SAI SIDDHI WYOMISSING, LLC,**<br>　　　　**Defendant.** | **CIVIL ACTION NO. 20-5318** |

# ORDER

**AND NOW,** this 11th day of May 2021, upon consideration of the parties' joint report, it is hereby **ORDERED** that the Court's stay of the pending Motions to Appoint Receiver[1] shall continue at the request and agreement of the Parties. It is further **ORDERED** that by **June 10, 2021**, the parties, through counsel, shall update the Court, in writing, as to the progress of their

---

[1] Civil Action No. 20-5309, Doc. No. 5; Civil Action No. 20-5312, Doc. No. 4; Civil Action No. 20-5318, Doc. No. 4.

negotiations. This joint report should be submitted to Chambers by fax (267-299-5077) or email (Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov) and not filed of record.

It is so **ORDERED.**

**BY THE COURT:**

/s/ **Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

2